IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDALL E. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-1082-T |
| ) | |
| JO ANNE B. BARNHART, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R   A N D   J U D G M E N T**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts issued August 10, 2006, pursuant to 28 U.S.C. § 636(b)(1)(b). Judge Roberts recommends reversal of a final decision of the Social Security Administration denying Plaintiff's applications for supplemental security income and disability insurance benefits, and remand of the matter for further proceedings consistent with the Report.

Because the record reflects no timely written objection, the Court finds the parties have waived further review. The Court therefore ADOPTS the Report and Recommendation [Doc. 19] in its entirety.

The decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with Judge Robert's Report and this Order.

Entered this 12th day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE